IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ADAMS,<br><br>   Plaintiff,<br><br>v.<br><br>FREEDMAN ANSELMO LINDBERG LLC and<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>   Defendants. | Case No. 1:14-cv-07812<br><br>Judge: John W. Darrah<br><br>Magistrate Judge: Daniel Martin |

**PORTFOLIO RECOVERY ASSOCIATES, LLC'S
CORPORATE DISCLOSURE & NOTIFICATION AS TO AFFILIATES**

Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA"), by and thought its attorneys, David M. Schultz, Avanti D. Bakane and Katherin H. Tresley of Hinshaw & Culbertson LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

1. Portfolio Recovery Associates, LLC is a subsidiary of PRA Group, Inc., a publicly traded company.

2. No publicly held corporation owns 5% or more of Portfolio Recovery Associates, Inc.'s stock.

                Respectfully submitted,

                PORTFOLIO RECOVERY ASSOCIATES,
                LLC, Defendant

                */s/ Katherine H. Tresley*
                Katherine H. Tresley

David M. Schultz
Avanti D. Bakane
Katherine H. Tresley
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Tel:  312-704-3000
E-mail: ktresley@hinshawlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on November 25, 2014, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Portfolio Recovery Associates, LLC's Corporate Disclosure & Notification as to Affiliates** by using the CM/ECF system, which will send notification of such filing(s) to:

Mohammed O. Badwan
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
E-mail: mbadwan@sulaimanlaw.com

                                                  *s/ Katherine H. Tresley*